# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.**<br><br>  Plaintiff,<br><br>  v.<br><br>**ILLUMINA, INC.**<br><br>  Defendant. | Civil Action No. 12-435-GMS |

## STIPULATED ORDER REGARDING WAIVER OF SERVICE OF COMPLAINT

  Plaintiff and Defendant, subject to the approval of the Court, hereby agree that Defendant effectively waived formal service of the Complaint under Fed. R. Civ. P. 4(d); accepted service of the Complaint on June 6, 2012; waives any defense under Fed. R. Civ. P. 12(b)(4) and (5); expressly reserves all other defenses, without limitation; and, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), has an answer deadline of August 6, 2012.


FARNAN LLP

By: */s/* Brian E. Farnan
  Brian E. Farnan (#4089)
  919 North Market Street
  12th Floor
  Wilmington, DE  19801
  Tel:  (302) 777-0300
  bfarnan@farnanlaw.com
*Attorney for Plaintiff*

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Defendant*


  SO ORDERED this _____ day of _____, 2012.

                          _____
                          Chief Judge