## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ENZO LIFE SCIENCES, INC.** | |
| **PLAINTIFF,** | **Civil Action No. 12-435-LPS** |
| **v.** | **JURY TRIAL DEMANDED** |
| **ILLUMINA, INC.** | |
| **DEFENDANT.** | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October16, 2015, a copy of: (i) Opening Expert Report of Reinhold H. Dauskardt, Ph.D. Concerning Illumina's Non-Porous Glass Supports; (ii) Opening Expert Report of Gregory A. Buck, Ph.D. Concerning Infringement by Illumina, Inc. of U.S. Patent No. 7,064, 197; and (iii) Expert Report of Raymond S. Sims was served on the following as indicated:

Via E-mail
Douglas E. McCann
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P. O. Box 1114
Wilmington, DE 19899-1114
dmccann@fr.com

*Attorneys for Illumina Inc.*

Via E-mail
Juanita Brooks
Craig Countryman
Robert M. Yeh
FISH & RICHARDSON P.C.
brooks@fr.com
countryman@fr.com
ryeh@fr.com

*Attorneys for Illumina Inc.*

DATED:   October 19, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Justin P.D. Wilcox (admitted *pro hac vice*)
Jordan N. Malz (admitted *pro hac vice*)
Peter C. Magic (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jwilcox@desmaraisllp.com
jmalz@desmaraisllp.com
pmagic@desmaraisllp.com

*Counsel for Plaintiff*