**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ENZO LIFE SCIENCES, INC. | ) |
|       Plaintiff, | ) ) ) C.A. NO. 12-cv-435-LPS |
| vs. | ) ) |
| ILLUMINA, INC. | ) ) |
|       Defendant. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Enzo Life Sciences, Inc., and Defendant, Illumina, Inc., by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own attorneys' fees and costs.

Dated: July 7, 2016                                          Respectfully submitted,

FARNAN LLP                                                FISH & RICHARDSON P.C.

| | |
|---|---|
| By: /s/ Brian E. Farnan | By: /s/ Douglas E. McCann |
| Brian E. Farnan (#4089) | Douglas E. McCann (#3852) |
| 919 North Market Street, 12th Flr | Martina Tyreus Hufnal (#4771) |
| Wilmington, DE 19801 | Kelly Allenspach Del Dotto (#5969) |
| (302) 777-0336 | 222 Delaware Avenue, 17th Floor |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| | (302) 652-5070 |
| Attorneys for Plaintiff | dmccann@fr.com |
| Enzo Life Sciences, Inc. | hufnal@fr.com |
| | allenspach.del.dotto@fr.com |
| Of Counsel: | |
| | Juanita Brooks |
| John M. Desmarais (admitted pro hac vice) | Michael A. Amon |
| Michael P. Stadnick (admitted pro hac vice) | Craig Countryman |
| Justin P.D. Wilcox (admitted pro hac vice) | Robert M. Yeh |
| Jordan N. Malz (admitted pro hac vice) | Markus Weyde |
| Peter C. Magic (admitted pro hac vice) | FISH & RICHARDSON P.C. |
| Desmarais LLP | 12390 El Camino Real |
| 230 Park Avenue | San Diego, CA 92130 |
| New York, NY 10169 | Phone: 858-678-5070 |

(212) 351-3400 (Tel)
(212) 351-3401 (Fax)
jdesmarais@desmaraisllp.com
mstadnick@desmaraisllp.com
jwilcox@desmaraisllp.com
jmalz@desmaraisllp.com
pmagic@desmaraisllp.com

**ATTORNEYS FOR PLAINTIFF
ENZO LIFE SCIENCES, INC.**

brooks@fr.com; amon@fr.com;
countryman@fr.com; yeh@fr.com;
weyde@fr.com

**ATTORNEYS FOR DEFENDANT
ILLUMINA, INC.**